UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21044-CIV-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

JOSE BRAO,
        Defendant,

vs.

WORLD LUGGAGE,
        Garnishee.
_____/

**ORDER RATIFYING STIPULATION FOR ENTRY
OF FINAL JUDGMENT OF CONTINUING WRIT OF GARNISHMENT
AND FINAL JUDGMENT OF CONTINUING WRIT OF GARNISHMENT**

THIS CAUSE having come to be heard on the parties' Stipulation for Final Judgment of Continuing Writ of Garnishment, and the Court after reviewing the Garnishee's Answer, and finding that Garnishee is indebted to the Defendant, it is hereby:

ORDERED AND ADJUDGED as follows:

1. That the above named Garnishee shall pay unto the above named Plaintiff, the sum of $5,348.55, together with post-judgment interest of $65.97 through January 8, 2009, and post judgment costs of $50.00 -- in accordance with the Stipulation for Entry of Final Judgment of Continuing Writ of Garnishment. Interest continues to accrue on this Judgment until the Judgment is Satisfied at the rate prescribed by 28 U.S.C. 1961.

    2. This Final Judgment of Garnishment shall act as a Continuing Writ of Garnishment to the judgment debtor's employer who shall pay unto the Plaintiff, that portion of the Defendant's salary or wages as set forth in the Stipulation for Entry of Final Judgment of Garnishment -- not to exceed 25% of the Defendant's disposable earnings for the workweek or the amount by which his/her disposable earnings for that week exceed 30 times the minimum wage under Section 6(a)(1) of the Fair Labor Standards Act of 1938 (29 U.S.C. 206(a)(1), as amended, as same becomes due until the Judgment is Satisfied or until otherwise provided by Court Order. Section 77.0305, Florida Statutes.

    3. The Garnishee shall collect up to Five Dollars ($5.00) against the salary or wages of the Defendant for administrative costs for the first deduction and up to One Dollar ($1.00) for each deduction thereafter.

    DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this **8th** day of January, 2009.

                                                          JOHN J. O'SULLIVAN
                                                          UNITED STATES MAGISTRATE JUDGE

Copies provided to:
The Honorable Judge Paul C. Huck
All Counsel of Record

Copies mailed by Chambers to:

JOSE BRAO, Defendant
9011 SW 17th Street
Miami, FL 33165

WORLD LUGGAGE a/k/a The Luggage & Handbags Outlet, Inc.
Garnishee
11401 NW 12 Street, Store # 100
Miami, FL 33172

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21044 CIV-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOSE BRAO,

       Defendant,

vs.

WORLD LUGGAGE,

       Garnishee.
_____/

## STIPULATION FOR ENTRY OF FINAL JUDGMENT OF CONTINUING WRIT OF GARNISHMENT

       COMES NOW the Plaintiff, UNITED STATES OF AMERICA, and the Defendant, JOSE BRAO, and hereby agree to the entry of a Final Judgment of Continuing Writ of Garnishment against the Garnishee, WORLD LUGGAGE a/k/a The Luggage & Handbags Outlet, Inc., as follows:

       1. The Garnishee shall withhold **12.5%** of the Defendant's disposable income as same becomes due and owing commencing December 19, 2008 (the date the Garnishee was served with the Writ of Garnishment) and shall remit same to the Plaintiff in accordance with Paragraph 4 for **six (6)** months;

       2. Thereafter, commencing June 19, 2009, the Garnishee shall increase its withholding to **18%** of the Defendant's disposable income, and shall remit same to the Plaintiff in accordance with Paragraph 4. The Garnishee shall continue at this rate for **six (6)** months;

       3. Thereafter, commencing December 19, 2009, the Garnishee shall increase its withholding to **25%** of the Defendant's disposable income, and shall remit same to the Plaintiff in accordance

with Paragraph 4. The Garnishee shall continue at this rate until the Garnishee receives contrary instructions from the Plaintiff, a Satisfaction of Judgment of Garnishment, or an Order from the Court.

4. All payments to Plaintiff are to be made payable to THE UNITED STATES DEPARTMENT OF JUSTICE. All payments shall be mailed to U.S. DEPARTMENT OF JUSTICE, CENTRAL INTAKE FACILITY, P.O. BOX 70932, CHARLOTTE, N.C. 28272-0932. All payments shall contain the Defendant's CDCS # 2008A30214 in the lower left hand corner of the payment.

Dated: 01/08/2009

DAVID E. NEWMAN, P.A.
Attorney for the Plaintiff
1533 Sunset Drive, Suite 225
Coral Gables, Florida 33143
Telephone: (305)665-9633

_____
JENNIFER A. MARGOLIS (FBN. 0770701)

Dated: 01/08/09

JOSE BRAO
*pro se* Defendant
9011 SW 17 STREET
MIAMI, FL 33165

_____
JOSE BRAO